# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2020 ND 310

NBS Consulting, Inc. dba On Point
Management and Whitney Racine,                        Plaintiff and Appellee

      v.

Peirce Harris aka Pierce Harris,                        Defendant and Appellant

      and

All Other Occupants,                        Defendants

### No. 20200203

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Gary H. Lee, Judge.

AFFIRMED .

Per Curiam.

Remington M. Kostenko and Dean A. Frantsvog, Minot, ND, for plaintiff and appellee; submitted on brief.

Pierce Harris, self-represented, Minot, ND, defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]    Pierce Harris appealed from an order and a judgment evicting him from a property in Minot. Harris argues he was wrongfully evicted and improperly served. Harris failed to provide a transcript, which leaves us with little record to review. "If the record on appeal does not allow a meaningful and intelligent review of the alleged error, we decline to review it." *City of West Fargo v. Olson*, 2007 ND 48, ¶ 1, 734 N.W.2d 342 (quoting *State v. Stockert,* 2004 ND 146, ¶ 13, 684 N.W.2d 605). Harris failed to provide us the opportunity to review his claims in a meaningful and intelligent manner. Therefore, we summarily affirm the district court under N.D.R.App.P. 35.1(a)(7).

[¶2]    Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte